1  NORMAN J. WATKINS (SBN #87327)
2  COURTNEY L. HYLTON (SBN #214929)
   LYNBERG & WATKINS
3  A Professional Corporation
   333 City Boulevard West, Suite 640
   Orange, California 92868-5915
4  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
5
   Attorneys for Defendant, FUSIONSTORM, et al.
6

FILED
CLERK, U.S. DISTRICT COURT

AUG - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
                           DEPUTY

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  In re: | USDC Case No. SA 10CV 1147 DDP |
| 11  MTI TECHNOLOGY CORPORATION, | USBC Case No.: 8:07-bk-13347-ES |
| 12  A Delaware Corporation, | USBC Adv. No.: 8:09-01639-ES |
| 13  Debtor and Debtor in Possession. | Chapter 11 |
| 14 | *Assigned for All Purposes to:* *Hon. Erithe A. Smith* |
| 15 | |
| 16  MTI TECHNOLOGY CORPORATION, A Delaware Corporation, | Adv. No.: 8:09-01639-ES |
| 17       Plaintiff, | ~~[PROPOSED]~~ **ORDER ON STIPULATION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. § 157** |
| 18    vs. | |
| 19  FUSIONSTORM, A Delaware Corporation; JOHN VAREL, an individual; DANIEL R. SERPICO, an | |
| 20 | No Hearing Required |
| 21  individual, MARC FRANZ, an individual; CHRISTOPHER BUTTS, | |
| 22  an individual; RICHARD BOCCHINFUSO, an individual; | |
| 23  MATTHEW DWYER, an individual; JUSTIN GRIFFIN, an individual; | |
| 24  ROBERT LINSKY, an individual; ROBERT OWEN, an individual; | |
| 25  HEEKI PARK, an individual; GREG PRESTININZI, an individual; and, | |
| 26  THOMAS TAR, an individual, | |
| 27       Defendant. | |
| 28 | |

1

1       The Court, having reviewed and considered the "Stipulation to Withdraw

2  Reference of the Adversary Proceeding to the Bankruptcy Court Pursuant to 28

3  U.S.C. § 157" ("Stipulation"), which was entered into by and between Plaintiff MTI

4  Technology Corporation and Defendants FusionStorm, A Delaware Corporation;

5  John Varel; Daniel R. Serpico; Marc Franz; Christopher Butts; Richard

6  Bocchinfuso; Matthew Dwyer; Justin Griffin; Robert Linsky; Robert Owen; Heeki

7  Park; Greg Prestininzi; and Thomas Tar (together, the "Defendants"), and good

8  cause appearing therefore, ORDERS as follows:

9       1.   The Stipulation is hereby approved; and

10      2.   The Court hereby withdraws its reference of the above-referenced

11           adversary proceeding (Adv. Proc. 8:09-01639-ES) to the United States

12           Bankruptcy Court for the Central District of California (hereafter

13           "Bankruptcy Court") pursuant to 28 U.S.C. section 157(d) and assume

14           s jurisdiction over this matter for all proceedings going forward.

15  **IT IS SO ORDERED.**

16  DATED: 8 - 5 - 10

By: _____

**HONORABLE JUDGE OF THE UNITED
STATES DISTRICT COURT**



I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1090